FILED _____ LODGED
RECEIVED _____ COPY

MAY 1 2 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ B. DEPUTY

1 Ivan A. Madrueno
1815 East Pecan Road
2 Phoenix, Arizona 85040
    (602) 323-5248
3
    *In Propria Persona*
4
## IN THE UNITED STATES DISTRICT COURT
5
## FOR THE DISTRICT OF ARIZONA
6

| | |
|---|---|
| In The Matter of:<br>IVAN A. MADRUENO<br>          Plaintiff<br>v.<br><br>Wells Fargo Bank, N.A.; Ronald M. Horwitz; John<br>Does 1 through 1000, et al<br>          Defendants. | Case No. 2:09-cv-00295-GMS<br><br>MOTION TO DISMISS PLAINTIFF, IVAN A.<br>MADRUENO, WITHOUT PREJUDICE<br><br>(Assigned to the Honorable G. Murray Snow) |

11    **NOW COMES** Plaintiff, Ivan A. Madrueno (hereinafter referred to as "Plaintiff") in **Propria**

12 **Persona, Plaintiff is Propria Persona and do not practice law, therefore should not be held to the same**

13 **standards as a practicing member of the State Bar.** *"Pro se litigants' pleadings are not held to the same*

14 *high standards of perfection as lawyers." Haines V. Kramer,* 92 S. Ct. 594 (1982): *Jenkins V. McKeithen*

15 395 US 411, 421 (1969); *Picking V. Penna. Rwy. Co.,* 151 f. 2d 240; *Puckett V. Cox* 456 F. 2d 233 (6th

16 Cir. 1972), and hereby files his motion to dismiss his claim against Wells Fargo Bank, N.A. **(hereinafter**

17 referred to as "Defendant Wells Fargo"), Ronald M. Horwitz **(hereinafter referred to as "Defendant**

18 Horwitz"), and John Does 1 through 1000, et al (hereinafter referred to **collectively as "Defendants")**

19 without prejudice. **Plaintiff is now working with Defendant Wells Fargo Loss Mitigation Department to**

20 work out a payment arrangement that will better suit Plaintiffs and Defendants.

21    RESPECTFULLY SUBMITTED THIS **12TH** DAY of **MAY, 2009**.

22

23

              Ivan A. Madrueno, *In Propria Persona*
24            *Without Prejudice/Without Recourse UCC-1308*

25

26

- 1 -

## Certificate of Service

I, Ivan A. Madrueno hereby swear under the penalty of perjury that the **fore-going document was filed with** the Clerk of the District Court on this **12th** day of **MAY, 2009**. I, Ivan A. Madrueno **further swear that a** copy of the fore-going document was mailed via US Regular Mail to the parties listed below.

On this **12**$^{TH}$ day of MAY, 2009 a
**COPY** of the foregoing filed and delivered to:

Honorable G. Murray Snow
United States District Court
Sandra Day O'Conner U.S. Courthouse, Suite 130
401 West Washington St., SPC-1
Phoenix, AZ 85003-2118

Clerk of Court
Clerk, United States District Court
Sandra Day O'Conner U.S. Courthouse, Suite 130
401 West Washington St., SPC-1
Phoenix, AZ 85003-2118

**COPY** of the foregoing mailed via regular U.S. mail
This **12**$^{TH}$ day of MAY, 2009 to:

Gregory J. Marshall
Terence Whatley
SNELL & WILMER
One Arizona Center
Phoenix, AZ  85004-2202
*Attorneys for Wells Fargo Bank, N.A.*

Janessa E. Koenig (018618)
JABURG & Wilk, P.C.
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
*Attorneys for Ronald M. Horwitz*

**VERIFICATION**

STATE OF **ARIZONA**                  )
                                                     )ss
COUNTY OF **MARICOPA**          )


Ivan A. Madrueno being first duly sworn, upon his oath, deposes and states as follows: That he is the Plaintiff in the above-entitled and numbered matter; that he has read the foregoing Motion to Dismiss without Prejudice in the above captioned Case and know the contents thereof, that the matters stated therein are true of his own knowledge except as those matters stated upon information and belief, and as to those matters he believes them to be true.


_____
Ivan A. Madrueno, *Plaintiff in Propria Persona*
Without Prejudice/Without Recourse UCC1-308


SUBSCRIBED, SWORN TO, AFFIRMED AND ACKNOWLEDGED before me, the undersigned Notary Public, on the ____ day of **MAY**, 2009, by **Ivan A. Madrueno** known to me or who have satisfactorily demonstrated to me that they are the above-named Plaintiffs in this matter.


_____
Signature of Notary Public


NOTARY SEAL OR STAMP

_____
Notary Expiration Date

**JESSENIA GARCIA**
Notary Public, State of Arizona
Maricopa County
My Commission Expires
**August 02, 2009**

- 3 -